ALBANY,<br>Feb. 1838.<br><br>Campbell<br>v.<br>Bristol.

Motion for *mandamus* denied, with costs.

---

## HENNING *vs.* VAN TYNE & M'GOWAN.

Interest is not taxable with costs, where a plaintiff is delayed by a case made by the defendant, except in actions on contract.

INTEREST on verdict. The plaintiff obtained a verdict in an action of *trover,* but was *delayed* in entering judgment by a *case* made by the defendants for a new trial. In the taxation of costs, *interest* was allowed by the taxing officer from the time of the verdict; and on this ground a motion was made for retaxation.

Feb. 1838.

*By the Court,* BRONSON, J. The motion must be granted. *Interest* is taxable in such cases only where the action is founded on contract. 1 Johns. Cas. 27. 1 Johns. R. 343. See also 2 R. S. 364, § 9.